IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **Concord West of the Ashley Homeowners Association, Inc., et al** | Case No. 2:11-3166-PMD |
| **Plaintiff,** | |
| vs. | **ORDER OF REMAND** |
| **Arch Specialty Insurance Company; et al,** | |
| **Defendants.** | |

This matter is before the court upon defendant Arch Specialty Insurance Company's withdrawal of notice of removal and motion to remand filed on December 12, 2011, as well as plaintiff's motion to remand filed on December 13, 2011. Given that defendant Arch Specialty Insurance Company has withdrawn its notice of removal and asks that the matter be remanded to state court, and plaintiff consents to the same, this court no longer has jurisdiction. Now therefore,

**IT IS HEREWITH ORDERED** that the within case is remanded to the Court of Common Pleas in Charleston County for further adjudication and disposition.

**IT IS SO ORDERED** this 14th day of December, 2011.

PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina